# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**22**
**CA 10-01784**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, GREEN, AND GORSKI, JJ.

---

SMALL BUSINESS LOAN SOURCE, LLC,
PLAINTIFF-APPELLANT,

                              V                                    ORDER

4 DOGS OF SYRACUSE, LLC, ET AL., DEFENDANTS.
---------------------------------------------
JOSEPH A. KESSLER, NONPARTY RESPONDENT.

---

DEILY, MOONEY & GLASTETTER, LLP, ALBANY (JOHN D. RODGERS OF COUNSEL),
FOR PLAINTIFF-APPELLANT.

HINMAN HOWARD & KATTELL, LLP, BINGHAMTON (LINDA JOHNSON OF COUNSEL),
FOR NONPARTY RESPONDENT.

---

     Appeal from an order of the Supreme Court, Onondaga County (John
C. Cherundolo, A.J.), entered November 3, 2009 in a foreclosure
action.  The order, among other things, denied plaintiff's motion for
leave to pursue a deficiency judgment against nonparty guarantor
Joseph A. Kessler.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  February 18, 2011                        Patricia L. Morgan
                                                   Clerk of the Court